IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAM SUMNER SINGER, III, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-802-MEF |
| ) | |
| P.I. INC., *et al.*, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This cause is before the Court on Plaintiffs' Motion to Dismiss Complaint Against Defendant Pool Equipment and Supply, Inc. (Doc. # 22), filed on January 28, 2009. Plaintiffs have moved to dismiss their claims against Defendant Pool Equipment & Supply, Inc. with prejudice.

Based on the representations made in the motion, the Court finds that the request to dismiss Plaintiffs' claims against Defendant Pool Equipment & Supply, Inc. is due to be GRANTED.

It is hereby ORDERED that:

(1)   Plaintiffs' Motion to Dismiss (Doc. # 22) is GRANTED;

(2)   Plaintiffs' claims against Defendant Pool Equipment & Supply, Inc. (*See* Doc. # 1) are DISMISSED WITH PREJUDICE;

(3)   Nothing in this Order is intended to affect Plaintiffs' other claims or terminate Pool Equipment & Supply, Inc. as a party.

DONE this the 29th day of January, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE